Axel HAGMAN v. Fred G. ZERBST, Warden of the United States Penitentiary at Leavenworth, Kansas.
No. 1389.

Circuit Court of Appeals, Tenth Circuit.
Dec. 30, 1935.

Clyde Schenck, of Topeka, Kan., for appellant.

S. S. Alexander, U. S. Atty., of Topeka, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for want of merit.

Isaac HASSLER, Appellant, v. James J. CONNOLLY, J. Willison Smith, and Everett H. Brown, Jr., Receivers of Friedberger-Aron Manufacturing Company, Appellees.
No. 5830.

Circuit Court of Appeals, Third Circuit.
Jan. 30, 1936.

Rehearing Denied March 18, 1936.

For opinion below, see Art Print Shop v. Friederberger-Aron Mfg. Co., 14 F. Supp. 120.

Isaac Hassler, of Philadelphia, Pa., for appellant.

Andrew R. McCown, Shields, Clark, Brown & McCown, Felix & Felix, and Hirschwald, Goff & Rubin, all of Philadelphia, Pa., for appellees.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.

The facts and circumstances connected with this equity receivership, are voluminous and involved. The claim of the appellant for services was fully considered by the court below. It has had careful consideration given it by this court, with the result we find no error in the District Court's refusal of appellant's claim. So holding, its refusal is affirmed.

Guy T. HELVERING, Commissioner, etc., Petitioner, v. Mary N. CROFOOT.
No. 10589.

Circuit Court of Appeals, Eighth Circuit.
Feb. 17, 1936.

Frank J. Wideman, Asst. Atty. Gen., and Herman Oliphant, Gen. Counsel, Department of the Treasury, of Washington, D. C., for petitioner.

L. F. Crofoot, of Omaha, Neb., for respondent.

PER CURIAM.

Petition to review docketed and dismissed, without costs to either party in this court, on motion of petitioner and consent of respondent.